# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. JORGE ROSARIO**             **Docket No.** 3:03CR00136(AWT)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Joseph Zampano, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jorge Rosario who was sentenced to probation for Conspiring to Pass Counterfeit Obligations of the United States, in violation of 18 U.S.C. §§ 371 and 472 by the Honorable Alvin W. Thompson sitting in the court at Hartford, Connecticut on June 18, 2004 who fixed the period of probation at 2 years which commenced on June 18, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall perform 200 hours of community service, approved by the U.S. Probation Office, at a rate of two hours per week, 2) the defendant shall participate in a program for substance abuse treatment, either inpatient or outpatient, as approved by the U.S. Probation Office, which may include testing to determine if the defendant has used drugs or alcohol; the defendant shall pay all, or a portion of, the costs associated with substance abuse treatment based on his ability to pay, in an amount approved by the U.S. Probation Office. The court also ordered that the defendant pay a special assessment of $100 due immediately. Mr. Rosario is scheduled to complete his supervision on June 17, 2006.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

<u>Charge #1:</u> Special Condition-"The defendant shall perform 200 hours of community service, approved by the U.S. Probation Office, at a rate of two hours per week." Mr. Rosario has not completed any of the court imposed 200 hours of community service. Mr. Rosario also failed to abide by the instructions of the Probation Officer by not reporting to Operation Hope in Fairfield, Connecticut to begin his community service.

<u>Charge #2:</u> Special Condition-"The defendant shall pay a special assessment of $100 due immediately." The defendant has not paid the court imposed $100 special assessment fee.

<u>Charge #3:</u> Special Condition-"The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." Mr. Rosario failed to report for his scheduled office visit on May 10, 2006. Mr. Rosario also failed to report for a May 16, 2006 office visit. In addition, Mr. Rosario failed to be present for his scheduled home visit on June 9, 2006. His current whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of probation tolled.

**ORDER OF COURT**

Considered and ordered this 13th day of June, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

**Sworn to By**

Joseph Zampano
United States Probation Officer

Place Bridgeport, Connecticut

Date June 13, 2006

Before me, the Honorable Janet C. Hall, United States District Judge, on this 13th day of June 2006 at Bridgeport, Connecticut, U.S. Probation Officer Joseph Zampano appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge