UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :

v. : Criminal No. 3:03CR136

Jorge Rosario :

**Defendant**

## APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The Office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment. Counsel is directed to file an appearance on or before _____.

Dated at Bridgeport, Connecticut, this 16 day of Friday 2006

_____
U.S. ~~District Judge~~/U.S. Magistrate Judge

CJA Form D
Rev. 8/6/92